HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

GAYATRI SRINIVAS and AMY CISNEROZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendants.

Case No. 2:26-cv-01199-JNW

**ORDER ON *WILMUTH* PLAINTIFFS' STIPULATED MOTION TO SEAL OPPOSITION TO MOTION FOR CONSOLIDATION**

ORDER RE STIPULATIED MOTION TO SEAL
*WILMUTH* PLAINTIFFS' OPPOSITION TO
MOTION FOR CONSOLIDATION
2:26-cv-01199-JNW

Bibiyan Law Group, P.C.
1460 Westwood Boulevard
Los Angeles, California 90024

This matter comes before the Court on *Wilmuth* Plaintiffs' Stipulated Motion to File Under Seal *Wilmuth* Plaintiffs' Opposition to Motion for Consolidation and the supporting declarations and exhibits.  Upon consideration of the Stipulated Motion, and for good cause shown, it is hereby ORDERED, that *Wilmuth* Plaintiffs' Stipulated Motion to File Under Seal is GRANTED.  The Court further ORDERS the unredacted version of *Wilmuth* Plaintiffs' Opposition to the Motion for Consolidation and the supporting declarations and exhibits (ECF No. 22) shall be sealed.

IT IS SO ORDERED

DATED this 13th day of May, 2026

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATIED MOTION TO SEAL
*WILMUTH* PLAINTIFFS' OPPOSITION TO
MOTION FOR CONSOLIDATION
2:26-cv-01199-JNW

Bibiyan Law Group, P.C.
1460 Westwood Boulevard
Los Angeles, California 90024