THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GAYATRI SRINIVAS and AMY CISNEROZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

Case No. 2:26-cv-01199-JNW

**ORDER GRANTING PLAINTIFFS' AGREED-TO MOTION TO SEAL**

NOTE DATE: May 4, 2026

Order Granting Plaintiffs' Mtn. to Seal
2:26-cv-01199-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

**ORDER**

This matter comes before the Court on Plaintiffs' Agreed-To Motion to File Under Seal the Declaration of Michael C. Danna in Support of Plaintiffs' Motion for Consolidation, filed with Plaintiffs' Reply.  Upon consideration of the Agreed-To Motion, it is hereby ORDERED that Plaintiffs' Agreed-To Motion to File Under Seal is GRANTED.  The Court further ORDERS the unredacted version of the Declaration of Michael C. Danna in Support of Plaintiffs' Motion for Consolidation shall be sealed.

IT IS SO ORDERED

DATED this 13th day of May, 2026

_____

HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT JUDGE

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

Presented by:

OUTTEN & GOLDEN LLP

By:  */s/Jahan C. Sagafi*
    Jahan C. Sagafi*
    Hannah C. Meropol*
    Sophia Jane Balkoski*
    1999 Harrison Street, Suite 1500
    Oakland, CA 94612
    San Francisco, CA 94111
    Telephone: (415) 638-8800
    jsagafi@outtengolden.com
    hmeropol@outtengolden.com
    jbalkoski@outtengolden.com

    Adam T. Klein*
    Cara E. Greene*
    Michael C. Danna*
    Zarka D. Souza*
    685 3rd Ave 25th Floor
    New York, NY 10017
    Telephone: (212) 209-0675
    aklein@outtengolden.com
    cgreene@outtengolden.com
    cyoung@outtengolden.com
    mdanna@outtengolden.com
    zdsouza@outtengolden.com

    Jenny Yang*
    Jennifer Davidson*
    Jon Ostrowsky*
    1225 New York Ave NW, Suite 1200B
    Washington, DC 20005
    Telephone: (202) 918-5476
    jyang@outtengolden.com
    jdavison@outtengolden.com
    jostrowsky@outtengolden.com

FRANK FREED SUBIT & THOMAS LLP

By:   */s/ Michael C. Subit*
    Michael C. Subit, WSBA No. 29189
    705 Second Avenue, Suite 1200
    Seattle Washington 98104
    Telephone: (206) 682-6711
    msubit@frankfreed.com

EQUAL RIGHTS ADVOCATES

    Noreen Farrell**

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

Catherine Bendor**
Cassidy Clark**
611 Mission St, 4th Floor
San Francisco, CA 94105
Mailing: 150 Sutter St, P.O. Box #87
San Francisco, CA 94104
Telephone: (415) 471-1470
nfarrell@equalrights.org
cbendor@equalrights.org
cclark@equalrights.org

*admitted pro hac vice*

** *pro hac vice application forthcoming*

*Attorneys for* Srinivas *Plaintiffs and the Putative Class Members*

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800