THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

          Plaintiffs,

     v.

AMAZON.com, Inc.,

          Defendant.

GAYATRI SRINIVAS and AMY CISNEROZ, on behalf of themselves and all others similarly situated,

          Plaintiffs,

v.

AMAZON.com, Inc.,

          Defendant.

Case No. 2:23-cv-01774-JNW
Case No. 2:26-cv-01199-JNW

**ORDER WITHDRAWING MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL AND OPPOSITION TO MOTION TO CONSOLIDATE**

ORDER
2:26-cv-01199-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

This matter comes before the Court on the Notice and Stipulation filed on June 10, 2026 by *Wilmuth* Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs ("*Wilmuth* Plaintiffs") and *Srinivas* Plaintiffs Gayatri Srinivas and Amy Cisneroz ("*Srinivas* Plaintiffs"), *Wilmuth* Dkt. 154 & *Srinivas* Dkt. 65.

Having considered the Notice and Joint Stipulation, IT IS HEREBY ORDERED that:

1. *Srinivas* Plaintiffs' pending motion for designation as Interim Class Counsel, *Srinivas* Dkt. 50-62, is withdrawn. The Court directs the Clerk to terminate the motion.

2. *Wilmuth* Plaintiffs' opposition to *Srinivas* Plaintiffs' motion to consolidate the two cases, *Srinivas* Dkt. 21-33, is withdrawn.

DATED this 30th day of June, 2026.

_____

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER
2:26-cv-01199-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

Presented by:

/s/Jahan C. Sagafi
Jahan C. Sagafi*
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com

*admitted pro hac vice

/s/Cassandra Lenning
Cassandra Lenning (WSBA #54336)
1460 Westwood Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
clenning@tomorrowlaw.com

Attorneys for Plaintiffs and the Putative Class

ORDER
2:26-cv-01199-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800