UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAYATRI SRINIVAS et al., | CASE NO. 2:26-cv-01199-JNW |
| Plaintiffs, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| AMAZON.COM INC., | |
| Defendant. | |

This matter comes before the Court on Defendant Amazon.com Inc.'s ("Amazon") motion to dismiss. Dkt. No. 63. After Amazon moved to dismiss, the parties stipulated to extend Plaintiffs' deadline to either oppose the motion or file an amended complaint. Dkt. No. 67. Plaintiffs then filed a timely amended complaint. Dkt. No. 69. The Court GRANTS the stipulated extension *nunc pro tunc*.

Generally, "an amended complaint supersedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). Courts routinely deny as moot a motion directed at a complaint that has since been superseded. *Dahlstrom v. Life Care Centers of Am., Inc.*, No. 2:21-CV-01465-JHC, 2022 WL 7631419, at *1 (W.D. Wash. Oct. 13, 2022) (quoting *Bisson v.*

**ORDER** DENYING MOTION TO DISMISS AS MOOT - 1

*Bank of Am., N.A.*, No. C12-0995-JLR, 2012 WL 5866309, at *1 (W.D. Wash. Nov. 16, 2012)). Because Plaintiffs' amended complaint supersedes the original, Amazon's motion to dismiss the original complaint is now moot.

Accordingly, the Court DENIES as moot Amazon's motion to dismiss. Amazon may refile a motion to dismiss directed at Plaintiffs' amended complaint, Dkt. No. 69.

Dated this 6th day of July, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING MOTION TO DISMISS AS MOOT - 2